This is Arrowhead Capital v. Picture Pro. This is Arrowhead Capital v. Picture Pro, Ltd.